Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

9th District of OREGON

PORTLAND Division

|  |  |  |
|---|---|---|
| | Case No. | 2:26-cv-01294-AB |
| Neil Dwayne Arnold III | | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | | |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Department of Corrections  ET.AL
(see attached)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Neil Dwayne Arnold III |
| All other names by which you have been known: | |
| ID Number | 20554591 |
| Current Institution | Snake River Institution |
| Address | 777 Stanton BLVD |
| | Ontario                OR            97914 |
| | *City*          *State*          *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of Corrections ET.AL (see attached) |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | 3723 Fairview Industrial Drive Suite 200 |
| | Salem               OR            97302 |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | BHS Manager Veep |
| Job or Title *(if known)* | BHS Manager |
| Shield Number | |
| Employer | Department of Corrections |
| Address | 24499 SW Grahams Ferry Road |
| | Wilsonville          OR            97070 |
| | *City*          *State*          *Zip Code* |

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Corporal S.Duncan |
| Job or Title *(if known)* | Corporal |
| Shield Number | |
| Employer | Department of Corrections |
| Address | 24499 SW Grahams Ferry Road |

| Wilsonville | OR | 97070 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Corporal C.Saunders |
| Job or Title *(if known)* | Corporal |
| Shield Number | |
| Employer | Department of Corrections |
| Address | 24499 SW Grahams Ferry Road |

| Wilsonville | OR | 97070 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☒ Individual capacity     ☒ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th and 14th amendment. Failure to protect, particularly vulnerable individual, that resulted in injury. Deliberate indifference, that resulted in injury. Negligence that resulted in injury. Bodily autonomy. state cases, rules, statutes and regulations on sentence and punishment. As well as prison policies, OAR, and regulations of staff conduct in prisons and on protection of prisoners from harm- prison politics.

# United States District Court

## 9th District of Oregon

## Portland Division

Neil Dwayne Arnold III

Plaintiff,

Department of Corrections ET.AL

(see 1983 defendants list)

Defendant.

Case #_____

Additional Defendants list for 1983

Defendant No.5

Name: Officer J. Garcia

CCCF

24499 SW Grahams Ferry Road

Wilsonville, OR 97070

In their Individual and Official capacity

Defendant No.6

Name: JOSH HIGHBERGER, Superintendent (at the time)

CCCF

24499 SW Grahams Ferry RD

Wilsonville, OR 97070

In their Individual and Official capacity

Defendant No.7

Name: Officer D. Davis

CCCF

24499 SW Grahams Ferry Road

Wilsonville, OR 97070

In their Individual and Official capacity

Defendant No.8

Name: Security OIC

CCCF

24499 SW Grahams Ferry Road

Wilsonville, OR 97070

In their Official capacity

Defendant No.9

Name: Intake Housing Officer

CCCF

24499 SW Grahams Ferry Road

Wilsonville, OR 97070

In their Individual and Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

None.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

As a punishment for arguing, Defendants moved me from my unit and cell to a different unit that had shown a pattern of assaulting particularly vulnerable inmates. After Defendants were made aware of a particular risk of assault by named individuals several days before the assault occured, the defendants failed to protect me from harm which resulted in mental and physical injury. I notified the defendants in writing and verbally notified defendants in advance of a credible threat of danger due to my particular vulnerablility. Defendants were aware that i am a particularly vulnerable inmate due to my criminal history. Defendants knew that a trend of assaults were occuring againts other particularly vulnerable inmates within the unit in which they moved me to. I also made a simple request for the defendants to move me back to the unit i was previously in, which the defendants knew i would be safe if moved. Due to the fact that defendants were made aware of a credible threat to my safety and that i named the particular inmates and the cell numbers of those inmate yet the defendants failed to take any precaution or action as simple as moving me to protect me, claiming that "watching out" for my concerns was sufficient.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

None

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 10-8-24 at coffee creek correctional male intake center I was moved from my cell on unit A to unit B because of allegations raised by officer Garcia about arguing over a vegie tray. I was immediately confronted by other inmates about my criminal history once i arrived on unit B, called "paper checking" and the criminal history of my cell mate Nicholas Reed. As soon as the inmates began to confront me and threaten to assault me I notified corporal C.Saunders and corporal S.Duncan that I am in danger. I requested that the officers move me and my cell mate Nicholas Reed back over to the unit I was previously on, for our safety. On 10-10-24 I again asked corporal C.Saunders for a cell move to protect us but when i began talking to her at my cell door she started talking loudly so that other inmates could hear and confirm what she was saying, stating that she looked up my criminal history. On 10-11-24 I notified BHS Manager Veep that I was in danger. BHS Manager Veep and Security were aware I was in danger. On 10-12-24 I was assaulted and Injured by another inmate. I was placed in segregation. On 10-12-24 I reported to medical staff that my mouth and teeth were injured during the altercation. On 10-15-24 while in segregation I notified Officer Davis that other segregation Inmates were threatening be due to my criminal history. Officer Davis started talking loudly so that other inmates could hear and confirm what he was saying, stating that he looked up my criminal history.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

October 12th 2024 at 3:38PM

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

On 10-8-24 at coffee creek correctional male intake center I was moved from my cell on unit A to unit B because of allegations raised by officer Garcia about arguing over a vegie tray. I was immediately confronted by other inmates about my criminal history once i arrived on unit B, called "paper checking" and the criminal history of my cell mate Nicholas Reed. As soon as the inmates began to confront me and threaten to assault me I notified corporal C.Saunders and corporal S.Duncan that I am in danger. I requested that the officers move me and my cell mate Nicholas Reed back over to the unit I was previously on, for our safety. On 10-10-24 I again asked corporal C.Saunders for a cell move to protect us but when i began talking to her at my cell door she started talking loudly so that other inmates could hear and confirm what she was saying, stating that she looked up my criminal history. On 10-11-24 I notified BHS Manager Veep that I was in danger. BHS Manager Veep and Security were aware I was in danger. On 10-12-24 I was assaulted and Injured by another inmate. I was placed in segregation. On 10-12-24 I reported to medical staff that my mouth and teeth were injured during the altercation. On 10-15-24 while in segregation I notified Officer Davis that other segregation Inmates were threatening be due to my criminal history. Officer Davis started talking loudly so that other inmates could hear and confirm what he was saying, stating that he looked up my criminal history.Inmate Nicholas Reed witnessed the assault and other incidents. Inmate Anthony Ehart is a witness. Inmate Johne Griffith is a witness to the alledged argument over vegie trays.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Physical injuries include permanent damage to my teeth and swelling of the lips. Mental injuries include trauma, stress, anxiety and triggering/aggravation of current mental health diagnoses/symptoms.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I would like the courts to impose on the Department of Corrections, money damages for actual and punitive damages in the amount of $1,250,000 for my injuries and staff misconduct.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Coffee Creek Correctional Facility (Male Intake Center)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

If yes, which claim(s)?

Claims Againts violations of state and prison policies,statutes,rules and regulations. Claims against federal violations of civil rights.

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.    Where did you file the grievance?

At Coffee Creek Correctional Facility (Male Intake Center). At Eastern Oregon Correctional Facility. At Snake River Correctional Institution.

2.    What did you claim in your grievance?

I made claims against staff misconduct and failure to protect.

3.    What was the result, if any?

No results.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I completed all forms of appeal for the accepted grievances including filing a tort claim. I exhausted all administrative remedies for the denied grievances including filing a tort claim. I sent a Department of Corrections Communication forms to BHS Management before to attempt to resolve the issue after verbal resolutions were denied, in a good faith effort to resolve my issues at the lowest level. I attempted verbal resolutions with all parties to resolve my issues before filing any forms, in a good faith effort to resolve my issues at the lowest level.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

None.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

None.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I worked with BHS Management in an attempt to resolve my issues before seeking administrative remedies. (See Attached)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
None.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    None.

Defendant(s)    None.

2.    Court *(if federal court, name the district; if state court, name the county and State)*

None.

3.    Docket or index number

None.

4.    Name of Judge assigned to your case

None.

5.    Approximate date of filing lawsuit

None.

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.    None.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

None.

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    None.

Defendant(s)   None.

2.  Court *(if federal court, name the district; if state court, name the county and State)*

None.

3.  Docket or index number

None.

4.  Name of Judge assigned to your case

None.

5.  Approximate date of filing lawsuit

None.

6.  Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition    None.

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    None.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Date of signing: | 6/25/2026 |
| Signature of Plaintiff | |
| Printed Name of Plaintiff | Neil Dwayne Arnold III |
| Prison Identification # | 20554591 |
| Prison Address | 777 Stanton BLVD |

| | | |
|---|---|---|
| Ontario | OR | 97914 |
| *City* | *State* | *Zip Code* |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Name of Law Firm

Address

_____

_____

|                |       |          |
| -------------- | ----- | -------- |
| *City*         | *State* | *Zip Code* |

Telephone Number

E-mail Address

# TORT CLAIM NOTICE

To:    Oregon Department of Administrative Services
       Risk Management
       PO Box 12009
       Salem, OR 97309

From:  Claimant's Legal Full Name:        NEIL DWAYNE ARNOLD JR
       Claimant's S.I.D. Number:          20554591
       Claimant's Current Mailing Address: EOCI
                                          2500 Westgate
                                          Pendleton, OR 97801

---

       Date of Birth:                     10-08-1999
       Social Security Number:            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
       Location of Loss:                  CCCF Male Intake Center
       Date of Loss:                      10-12-24

Amount of Compensation Demanded:          $ 500,000 After Taxes

Pursuant to Oregon revised Statute 30.275 Claimant gives notice that a claim for damages is or will be asserted against the public body or an officer, employee or agent of the public body. Below is a description of the time, place and circumstances giving rise to the claim, so far as known to the claimant.

A: Officer J. Garcia did discriminate against my religion by threatening not to feed me when I asked her to help me, as I am Muslim and cannot eat pork. Officer J. Garcia did intentional lie to her superiors, claiming I was threatening and disrespectful to her even though I have a witness that CO. Garcia was in fact hostile and threatening. She humiliated me in front of other AIC's. A- lead to B- incident occurring.

B: Her supervisor fed me only a small bowl of black beans and a small bowl of green beans. Far from the recommended calorie intake designed by the dietician. He also humiliated me in front of other AIC's as he accused me of behaviors I did not do. I was shocked. B- lead to C- incident occurring.

C: Officer J. Garcia did retaliate against me for my witness and I filing a grievance. She had filed false paperwork to her superiors in order to have me moved from my cell within four days of my grievance approval. C- lead to D- incident occurring.

D: I was moved to cell B227A. A different unit than previous. As soon as I arrived I was being threatened by AIC's in locations that should have been monitored. I informed Officer D. Davis, Officer C. Saunders, Corporal S. Duncan, all security supervisors and OIC, Housing assignments and BHS that I was going to be assaulted because of my criminal history and my cell mate's criminal

Page 1 of 2            Neil D Arnold  SID#20554591            Form 27.010

history. For 5 days I made all these parties involved aware. They were deliberately indifferent after being made aware of an imminent assault. I was assaulted and suffered thousands of dollars of damage to my teeth that require dentist correction. I also have documentation of the same thing happening to other AIC's housed on that same unit before I arrived to the unit. D- lead to E- incident occurring.

E- Officer D. Davis and Officer C. Saunders did jeopardize my safety by telling other AIC in the area that I am a sex offender. I have requested the names of all supervisors and OIC involved and will not be told whom exactly was aware of all these incidents. E- lead to F- incident occurring.

F- I was punished by the institution hearings officer because she claimed I fought in self-defense. I never punched a single time. My punishments were cruel and unusual. I have lost many, many, many Privileges and opportunities to work and access programs that require I don't have any write ups for many months in order to participate. Among many other privileges that make my prison stay more humane and pleasant. I am willing to send a list of all punishments if the court requests.

Dated this 19th day of December, 2024.

NEIL DWAYNE ARNOLD JR
Print Name

_____
Signature

20554591
S.I.D.

Names and Addresses of Defendants/ State Employee

| Oregon Department of Corrections<br>3723 Fairview Industrial Drive SE, Ste 200<br>Salem, OR. 97310 | JOSH HIGHBERGER, Superintendent (at the time)<br>CCCF<br>24499 SW Grahams Ferry RD<br>Wilsonville, OR 97070 |
|---|---|
| Officer D. Davis<br>Officer J. Garcia<br>Corporal C. Saunders<br>Corporal S. Duncan | Security OIC<br>Security SGT's<br>Intake Housing Officer<br>BHS involved in reports |
| | |



**Oregon**

Tina Kotek, Governor

**Department of Administrative Services**

Enterprise Goods & Services
Risk Management
PO Box 12009
Salem, OR 97309-0009
Telephone: 503-373-7475
Fax: 503-373-7337

November 14, 2024

NEIL ARNOLD | SID #20554591
EOCI
2500 WESTGATE
PENDLETON OREGON 97801-9699

| | |
|---|---|
| Claimant: | NEIL ARNOLD |
| Claim Number: | L18950301 |
| Date of Loss: | 10/12/2024 |
| Re: | Acknowledgement/Notice of Insufficient Claim |

Dear Neil Arnold,

This letter acknowledges receipt of your undated letter dated received on November 13, 2024. By acknowledging your letter, the State of Oregon does not waive any defenses or immunities which may be available.

This office will not review lengthy, general statements in an effort to discover the nature of your claims, in lieu of a plain statement of the claim set forth in your tort claim notice.

Your tort notice provided no documentation. You will need to forward copies of verifiable documentation to substantiate your allegations. Please provide us with property inventory sheets, canteen receipts, kytes, grievances, and incident reports that would substantiate your claim.

It is your responsibility to establish the scope and merit of any claim made. If you choose not to provide a clear and detailed statement of your allegations or provide the necessary documentation, the claim will be rejected and deemed deficient in light of the requirements of ORS 30.275.

We will hold our file open for 30 days should you wish to provide a signed and dated amended claim notice with sufficient specificity to initiate a review. In addition, each issue you wish to claim will need to have a separate claim form/notice. In the absence of additional information, this letter will serve as our notice of denial for insufficient claim notice.

Respectfully,

Custody Claims Unit



Tina Kotek, Governor

**Department of Administrative Services**
Enterprise Goods & Services
Risk Management
PO Box 12009
Salem, OR 97309-0009
Telephone: 503-373-7475
Fax: 503-373-7337

April 29, 2025

NEIL ARNOLD | SID# 20554591
EOCI
2500 WESTGATE
PENDLETON OREGON 97801-9699

Claimant:         NEIL ARNOLD
Claim Number:     L18950301
Date of Loss:     10/12/2024
Re:               Denial

Dear Neil Arnold,

We have completed a review of your tort claim allegations as set forth in your letter dated December 19, 2024, with management level staff from Department Of Corrections - DOC.

After reviewing the available information submitted, we find no evidence supporting your allegations of staff failing to comply with safety, dietary, medical and housing protocols. We must respectfully deny your claim. With this notice of denial, this ends the review process through our office, and we will be closing our file.

Respectfully,

Custody Claims Unit

See attached 1983

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: BHS                                      Date: 10-29-2024

State your issue in detail: I have sent a kyte to BHS Management asking for a response to why after informing BHS that I was being in danger of assaulted on B Unit, Nothing was done to advocate for my protection.

I still have not recieved a response. May I please recieve my response.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Neil Dwayne Arnold | 20554591 | A211A |

Response/Action Taken:

Thank you for your kyte. BHS Met w/ you on 10/11/24 regarding your concerns. They also consulted w/ security And they were also aware of the information you shared. In conclusion, BHS partnered w/ security so that the sergeant + unit staff were aware and could watch for your concerns.

I am not writing in detail regarding your concerns, to protect your privacy in case you misplace this response.

RECEIVED
OCT 31 2024

Date Received: By

Date Answered: 10/3/24

Referred To*: BHS Leep, Mgr

Signature of Staff Member:

*If forwarded, please notify the AIC

CD 214 (02/2020)

## CERTIFICATE OF SERVICE

CASE NAME: _Arnold II_ _____ v. _Department of Corrections ET.AL_

CASE NUMBER: (if known) _____

COMES NOW, _Neil Dwayne Arnold II_, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at _SRCI_ _____

_____ .

That on the _25_ day of _June_ _____, 20_26_, I personally placed in the
Correctional Institution's mailing service A TRUE COPY of the following:

_1983 Civil Suit, Motion for Counsel, application to proceed Informa_

_Pouperis, Tort Claim_ .

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s)
named at the places addressed below:

_United States District Court District of Oregon_
_Portland Division_

_Mark O. Hatfield US. Courthouse_
_1000 SW third Ave_
_Portland, OR 97204_

_____

_____

_____

_____


_____
(Signature)

Print Name _Neil Dwayne Arnold II_
S.I.D. No.: _20554591_
_777 Stanton BLVD_
_Ontario, OR 97914_

Page 1 of 1 –Certificate of Service                    Form 03.015